THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Steven Wesley
 Mullis, Appellant.
 
 
 

Appeal From Richland County
 James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-399
Submitted July 1, 2008  Filed July 17,
 2008
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor  Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:   Steven
 Mullis appeals from his guilty plea to murder.  The plea judge sentenced him to
 forty-two years imprisonment.  Mullis counsel attached a petition to be
 relieved, stating he reviewed the record and concluded this appeal lacks
 merit.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Mullis appeal and grant counsels motion
 to be relieved.[1]  
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.